CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2016

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:09-cr-00028 |
| | ) | |
| TIMOTHY WAYNER PAINTER, | ) | By: Michael F. Urbanski |
| Defendant | ) | United States District Judge |

### ORDER

Petitioner Timothy Wayne Painter has filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 and asks that he be re-sentenced to a total period of incarceration of 139 months. ECF No. 199. The United States agrees that Petitioner's § 2255 motion should be granted and that he should be re-sentenced to a period of incarceration of 139 months. ECF No. 208.

The parties are **DIRECTED** to contact the clerk's office to schedule a hearing at which the court will consider the merits of Petitioner's § 2255 petition. If the court grants the § 2255 motion, the court will re-sentence Petitioner at the same hearing. The Court **DIRECTS** the parties to prepare argument as to why § 2255 relief is appropriate and, if so, why the court should re-sentence Petitioner to a period of incarceration of 139 months. The United States Probation Office is directed to prepare and make available to the parties an amended pre-sentence report prior to the hearing.

It is so **ORDERED**.

Entered: 09/13/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge